

Dated: September 02, 2009

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20018/0058182718

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-17443-CGC |
| Richard Dale Releford and Elda Lee Releford<br>    Debtors. | Chapter 7 |
| Bank of America, N.A.<br>    Movant,<br>    vs. | ORDER |
| Richard Dale Releford and Elda Lee Releford,<br>Debtors, David M. Reaves, Trustee.<br>    Respondents. | (Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 11, 2005 and recorded in the office of the Maricopa County Recorder wherein Bank of America, N.A. is the current beneficiary and Richard Dale Releford and Elda Lee Releford have an interest in, further described as:

> UNIT 2064, OF MIRAGE MOUNTAIN-PHASE 1, A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION RECORDED AS 04-0562640 AND FIRST AMENDMENT RECORDED AS 04-580961 AND SHOWN ON THE PLAT OF SAID CONDOMINIUM RECORDED NOVEMBER 12, 2009 AS BOOK 659 OF MAPS, PAGE 32M IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT