**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-21915 / 5002730381

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Richard Dale Releford and Elda Lee Releford,<br><br><br>Debtors. | No. 2:09-BK-17443-CGC<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

CitiMortgage, Inc., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 7th day of October, 2009.

                                          Respectfully submitted,

                                          TIFFANY & BOSCO, P.A.

                                          BY  /s/ MSB # 010167
                                                  Mark S. Bosco
                                                  Leonard J. McDonald
                                                  Attorneys for Movant

| | |
|---|---|
| 1 | Copy of the foregoing was |
| 2 | mailed this 7th day of October, 2009 |
| 3 | Richard Dale Releford and Elda Lee Releford |
| | 18346 W. Rancho Court |
| 4 | Litchfield Park, AZ  85340 |
| | Debtors |
| 5 | |
| 6 | James T. Webster |
| | 935 E. Main St., Ste. 101 |
| 7 | Mesa, AZ  85203 |
| | Attorney for Debtors |
| 8 | |
| 9 | Edward J. Maney |
| | P.O. Box 10434 |
| 10 | Phoenix, AZ 85064-0434 |
| | Trustee |
| 11 | |
| 12 | Pebbel Creek HOA |
| | 16222 Clubhouse DR. |
| 13 | Goodyear, AZ 85395 |
| 14 | Pentagon Federal Cr Un |
| | Attention: Bankruptcy Department |
| 15 | 2930 Eisenhower Ave |
| | Alexandra, VA 22314 |
| 16 | |
| 17 | Arizona Department of Revenue |
| | Bankruptcy Litigation section |
| 18 | 1600 W. MONROE ST. |
| | Phoenix, AZ 85007 |
| 19 | |
| 20 | Internal Revenue Service |
| | SB/SE Insolvency Territory 11 |
| 21 | 210 E. Earll Dr./MS 5014 |
| | Phoenix, AZ 85012 |
| 22 | U.S. Trustee |
| 23 | 230 North 1st Avenue, Suite 204 |
| | Phoenix, AZ 85003-1706 |
| 24 | By:  <u>Ismael G. Solano</u> |
| 25 | |
| 26 | |

# TIFFANY & BOSCO
## P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-21915/5002730381

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Richard Dale Releford and Elda Lee Releford,<br>        Debtors.<br><br>CitiMortgage, Inc.<br>        Movant,<br>   vs.<br><br>Richard Dale Releford and Elda Lee Releford, Debtors, Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:09-BK-17443-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #22) |

    Movant's Motion for Relief from the Automatic Stay and Amended Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated June 2, 2005 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Richard Dale Releford and Elda Lee Releford, Richard Dale Releford and Elda Lee Releford have an interest in, further described as:

> Lot 22, of PEBBLECREEK UNIT THIRTY-NINE, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 570 of Maps, Page 16 and Affidavit of Correction recorded at Recorders No. 2002-363060, of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT